# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. SELECT REO FUND I, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMON C. BLANCO,<br><br>            Defendant. | Case No. 12-cv-02886 NC<br><br>**ORDER TO SHOW CAUSE** |

Defendant Ramon Blanco removed this unlawful detainer action to federal court on June 4, 2012. Not. Removal, Dkt. No. 1. Blanco contends that subject matter jurisdiction exists under 28 U.S.C. § 1332, asserting complete diversity of citizenship between the parties and that the amount in controversy exceeds $75,000. *See id.*.

As the removing party, Blanco has the burden to prove the existence of jurisdictional facts. *See Gaus v. Miles*, 980 F.2d 564, 566 (9th Cir. 1992). Even where complete diversity exists between the parties, removal is allowed only if "none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b); *see also Spencer v. United States Dist. Ct. For Northern Dist. (Altec Indus., Inc.)*, 393 F.3d 867, 870 (9th Cir. 2004).

Based on the removal notice and the state court pleadings, Blanco appears to be a citizen of the state of California. *See* Not. Removal, Ex. A (unlawful detainer complaint).

Case No. 12-cv-02886 NC
ORDER TO SHOW CAUSE

Accordingly, on or before June 21, 2012, Blanco must show cause why this action should not be remanded to state court for lack of federal subject matter jurisdiction.

IT IS SO ORDERED.

DATED: June 7, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-02886 NC
ORDER TO SHOW CAUSE                2