1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

10  U.S. SELECT REO FUND I, LLC,            Case No. 12-cv-02886 NC

11              Plaintiff,

                                           **ORDER TO SHOW CAUSE**

12          v.

13  RAMON C. BLANCO,

14              Defendant.

15

16

17          Defendant Ramon Blanco removed this unlawful detainer action to federal court

18  on June 4, 2012.  Not. Removal, Dkt. No. 1.  Blanco contends that subject matter

19  jurisdiction exists under 28 U.S.C. § 1332, asserting complete diversity of citizenship

20  between the parties and that the amount in controversy exceeds $75,000.  *See id.*.

21          As the removing party, Blanco has the burden to prove the existence of

22  jurisdictional facts.  *See Gaus v. Miles*, 980 F.2d 564, 566 (9th Cir. 1992).  Even where

23  complete diversity exists between the parties, removal is allowed only if "none of the

24  parties in interest properly joined and served as defendants is a citizen of the State in

25  which such action is brought."  28 U.S.C. § 1441(b); *see also Spencer v. United States*

26  *Dist. Ct. For Northern Dist. (Altec Indus., Inc.)*, 393 F.3d 867, 870 (9th Cir. 2004).

27          Based on the removal notice and the state court pleadings, Blanco appears to be a

28  citizen of the state of California.  *See* Not. Removal, Ex. A (unlawful detainer complaint).

Case No. 12-cv-02886 NC
ORDER TO SHOW CAUSE

1      Accordingly, on or before June 21, 2012, Blanco must show cause why this action

2   should not be remanded to state court for lack of federal subject matter jurisdiction.

3      IT IS SO ORDERED.

4

5   DATED: June 7, 2012

6                                                     _____
                                                      NATHANAEL M. COUSINS
7                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28